FIRST DEPARTMENT, OCTOBER, 1933.

In the Matter of the Application of JOSEPH J. LERNER, Respondent, Appellant, for an Order to Invalidate and Declare Null and Void an Independent Nominating Petition Filed by or on Behalf of LEONARD BRONNER, JR., Appellant, Nominating Him as a Member of Assembly for the Seventh District, New York County, under the Name of City Fusion Party and under the Emblem of the Four Leaf Clover. BOARD OF ELECTIONS OF THE · CITY OF NEW YORK, Respondent.*

Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., and O'Malley, J., dissent.

O'MALLEY, J. (dissenting). The petitioner was entitled to a credit of twenty-five signatures deducted from pages 116 and 125. That the oath was taken on October 10, 1933, may reasonably and properly be inferred. The petitioner is not entitled to eleven signatures on page 92 for the reason that the address of the subscribing witness thereto is not described by street number, but by reference merely to the Assembly district and election district. Such is not a compliance with section 135 of the Election Law. The petitioner is also entitled to credit for the 100 names on the five additional sheets claimed to have been filed by the petitioner. The evidence offered to show that such sheets were filed was compelling and should have been accepted. The net result is that there should be added to the 1,478 names allowed at Special Term, an additional 114, making a total of 1,592. It follows, therefore, that the order should be reversed, and the motion to strike out the certificate of nomination denied. Finch, P. J., concurs.

GERTRUDE BERGER, as Administratrix, etc., of HARRY BERGER, Deceased, Respondent, v. 330 WEST 40TH STREET, INC., and Others, Appellants, Impleaded with Another. GERTRUDE BERGER, as Administratrix, etc., of HARRY BERGER, Deceased, Respondent, v. Z & R REALTY CORPORATION and Others, Appellants, Impleaded with Another. GERTRUDE BERGER, as Administratrix, etc., of HARRY BERGER, Deceased, Respondent, v. 48TH AND 56TH STREETS REALTY CORPORATION and Others, Appellants, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of GEORGE W. HARRIS, Appellant, for an Inspection and Examination of All the Ballots Cast for the Office of Alderman in the Primaries of the Republican Party in the Nineteenth Aldermanic District in the County of New York, against S. HOWARD COHEN and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

*Affd., 262 N. Y. 450.